**11 CV 2015**

HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
(212) 513-3200
Michael J. Frevola, Esq.
michael.frevola@hklaw.com

Attorneys for Plaintiffs Michael Williamson, The Estate of Don C. Craft, Kirk O'Donnell, John Lettow, Timothy McGinnis, Fred Newton, William Watson, Chris Hancock, Dale Schoeneman, and International Deep Sea Survey, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/11

---

MICHAEL WILLIAMSON, THE ESTATE OF
DON C. CRAFT, KIRK O'DONNELL,
JOHN LETTOW, TIMOTHY MCGINNIS,
FRED NEWTON, WILLIAM WATSON, CHRIS
HANCOCK, DALE SCHOENEMAN, and
INTERNATIONAL DEEP SEA SURVEY, INC.,

   Plaintiffs,

v.

RECOVERY LIMITED PARTNERSHIP,
COLUMBUS EXPLORATION, LLC,
COLUMBUS-AMERICA DISCOVERY GROUP, INC.
COLUMBUS EXPLORATION LIMITED
PARTNERSHIP, OMNI ENGINEERING, INC. a/k/a
OMNI ENGINEERING OF OHIO, INC.,
ECONOMIC ZONE RESOURCE ASSOCIATES, INC.,
EZRA, INC. a/k/a EZRA OF OHIO, INC., ECON
ENGINEERING ASSOCIATES, INC., DOE.E, INC.,
THOMAS G. THOMPSON, GILMAN D. KIRK, JR.,
JAMES F. TURNER, MICHAEL J. FORD, and
W. ARTHUR CULLMAN, JR.,

   Defendants.

11 Civ.

**ORDER OF SEALING**

**SUBJECT TO SEALING ORDER
— DO NOT DISSEMINATE**

---

Upon reading the Declaration of Michael J. Frevola dated March 22, 2011 in support of Plaintiffs' application to file under seal the Verified Complaint and all papers submitted with or

upon Plaintiffs' application for an Order for Issuance of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, it is

*April 5, 2011*

**ORDERED**, pursuant to Fed. R. Civ. P. Rule 5.2(d) that the Verified Complaint and all papers submitted with or upon Plaintiffs' application for an order for Issuance of Maritime Attachment and Garnishment, including this Order of Sealing and the accompanying declaration in support of *ex parte* motion to file papers under seal, shall be filed under seal and shall remain under seal until further order of this Court; and it is further

**ORDERED**, that to decrease the potential dissemination of information, Plaintiffs will be required to serve on garnishees in this proceeding only the following documents (1) this Order of Sealing; (2) the Order for Issuance of Maritime Attachment and Garnishment; (3) the Writ of Maritime Attachment and Garnishment; and (4) the Order Directing Appointment of Process Servers. Upon receiving notice from a garnishee that any of Defendants' property has been attached, Plaintiffs are directed to promptly serve on Defendants' counsel in the Ohio proceeding the Verified Complaint and all papers submitted with or upon Plaintiffs' application for an Order for Issuance of Maritime Attachment and Garnishment.

_____
UNITED STATES DISTRICT JUDGE

3/22/11
Date

# 5793419_v1